IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PAUL CRISWELL**                                                                                                **PLAINTIFF**

**VS.**                                          **4:22-CV-00649-BRW**

**BRIDGEFORTH, Judge,**
**Jefferson County District Court,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 23rd day of August, 2022.


                                                  Billy Roy Wilson
                                       UNITED STATES DISTRICT JUDGE